In the Matter of Supplementary Proceedings by WILLIAM
A. CRAWFORD, Respondent, against MUSCO M. ROB-
ERTSON, Appellant.

*Matter of Crawford* v. *Robertson,* 148 App. Div. 894, appeal
dismissed.

(Argued March 18, 1912; decided April 2, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 22, 1911, which affirmed an order of Special
Term denying a motion to vacate a prior order requiring
the appellant herein to appear and be examined in supple-
mentary proceedings.

*William King Hall* for appellant.

*George F. Elliott, Jay S. Jones* and *Henry M. Dater*
for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.